IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA

| | | |
|---|---|---|
| hibu Inc., | ) | |
| | ) | |
|           Plaintiff, | ) | |
| | ) | |
|       v. | ) | Case No. 16-cv-01055-JTM-TJJ |
| | ) | |
| Chad Peck, | ) | |
| | ) | |
|           Defendant. | ) | |

**JOINT MOTION TO EXTEND THE DEADLINE FOR
FINAL SUPPLEMENTATION OF INITIAL DISCLOSURES**

The parties jointly move the Court to extend the deadline for final supplementation of initial disclosures to October 3, 2016. In support of this Motion, the parties state:

1. Per the Court's scheduling order, the parties' deadline for the final supplementation of initial disclosures is September 19, 2016 (Doc. No. 13). As a result, this Motion is timely.

2. The parties are engaged in ongoing discovery, including multiple, upcoming depositions—including the deposition of Plaintiff Chad Peck ("Peck") on September 20, 2016. These depositions, and other discovery, may reveal information necessitating supplementation of the parties' initial disclosures before the deadline to supplement expires.

3. In addition, the Court's recent order on Peck's motion to compel, as well as Plaintiff hibu Inc.'s recently filed Motion to Compel, makes this extension request reasonable and prudent.

1

4. By this Motion, the parties do not seek to cause delay or prejudice. To the contrary, the parties believe that this brief two-week extension to supplement their initial disclosures is in the best interests of the parties and the case generally.

WHEREFORE, Plaintiff hibu and Defendant Peck jointly request that the Court grant this Motion and extend the deadline for final supplementation of initial disclosures to, and including, October 3, 2016.

Respectfully submitted,

| SHOOK, HARDY & BACON L.L.P. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Patrick L. Kenney | /s/ Michael L. Matula |
| Patrick L. Kenney, # 19220 | Michael L. Matula, KS # 18138 |
| John M. Mattox II, # 78628 | AnnRene S. Braun, KS #78620 |
| 2555 Grand Blvd. | 4520 Main Street, Suite 400 |
| Kansas City, MO 64108-2613 | Kansas City, MO 64111 |
| TEL: 816.474.6550 | TEL: 816.471.1301 |
| FAX: 816.421.5547 | FAX: 816.471.1303 |
| pkenney@shb.com | michael.matula@ogletreedeakins.com |
| jmattox@shb.com | annrene.braun@ogletreedeakins.com |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |

7785696 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system and a true and correct copy of the foregoing was served on all counsel or parties of record.

*s/ Patrick L. Kenney*_____
Attorney for Plaintiff

7785696 v1