IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA

| | |
|---|---|
| hibu Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-01055-JTM-TJJ |
| | ) |
| Chad Peck, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September 2016, Plaintiff hibu Inc.'s Second Supplemental Initial Disclosures were served on Defendant via electronic mail to:

> Michael L. Matula
> AnnRene S. Braun
> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> 4520 Main Street, Suite 400
> Kansas City, Missouri 64111
> 816.471.1301
> 816.471.1303 *(Facsimile)*
> michael.matula@ogletreedeakins.com
> annrene.braun@ogletreedeakins.com

Date:  September 19, 2016              SHOOK, HARDY & BACON L.L.P.

                                       By:   /s/ Patrick L. Kenney
                                             Patrick L. Kenney, #19220

                                       2555 Grand Blvd.
                                       Kansas City, Missouri  64108
                                       Telephone:  816.474.6550
                                       Facsimile:  816.421.5547

                                       *Attorney for Plaintiff*

1