### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **hibu INC.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **Case No. 16-cv-01055-JTM-TJJ** |
| | ) |
| **CHAD PECK**, | ) |
| | ) |
| Defendant. | ) |

### SECOND JOINT MOTION TO EXTEND THE DEADLINE FOR FINAL SUPPLEMENTATION OF INITIAL DISCLOSURES

The parties jointly move the Court for a short extension of time in which to file their final supplementation of initial disclosures to October 7, 2016. In support of this Motion, the parties jointly state:

1. On August 19, 2016, the parties filed Joint Motion to Extend the Deadline for Final Supplementation of Initial Disclosures (Doc. 61) which motion was granted by the Court (Doc. 62) making final Rule 26 supplements due October 3rd.

2. The parties are engaged in ongoing discovery, which has included recent depositions and additional production of documents.

3. The parties believe the requested additional extension would allow them to make more complete, detailed disclosures taking into account recent testimony, etc.

WHEREFORE, the parties jointly request that their deadline to serve final Rule 26 supplemental disclosures be extended to Friday, October 7, 2016.

Respectfully submitted,

| SHOOK, HARDY & BACON, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Patrick L. Kenney_____<br>Patrick L. Kenney #19220<br>John M. Mattox II  #78628<br>2555 Grand Boulevard<br>Kansas City, MO  64108<br>(816) 471-6550<br>(816) 421-5547 (*Facsimile*)<br>pkenney@shb.com<br>jmattox@shb.com<br><br>**ATTORNEYS FOR PLAINTIFF** | /s/ Michael L. Matula_____<br>Michael L. Matula, KS 18138<br>AnnRene S. Braun, KS #78620<br>4520 Main Street, Suite 400<br>Kansas City, Missouri 64111<br>816.471.1301<br>816.471.1303 *(Facsimile)*<br>michael.matula@ogletreedeakins.com<br>annrene.braun@ogletreedeakins.com<br><br>**ATTORNEYS FOR DEFENDANT CHAD PECK** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2016, the foregoing was filed electronically with the Court Administrator using the ECF system, who then sent email notification to:

Patrick L. Kenney #19220
John M. Mattox II  #78628
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO  64108
(816) 471-6550
(816) 421-5547 (*Facsimile*)
pkenney@shb.com
jmattox@shb.com

**ATTORNEYS FOR PLAINTIFF**

  /s/ Michael L. Matula_____
**ATTORNEY FOR DEFENDANT CHAD PECK**

26389834.1

2