IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA

| | |
|---|---|
| hibu Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:16-cv-01055-JTM-TJJ |
| | ) |
| Chad Peck, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October 2016, Plaintiff hibu Inc.'s Third Supplemental Initial Disclosures were served on Defendant via electronic mail to:

> Michael L. Matula
> AnnRene S. Braun
> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> 4520 Main Street, Suite 400
> Kansas City, Missouri 64111
> 816.471.1301
> 816.471.1303 *(Facsimile)*
> michael.matula@ogletreedeakins.com
> annrene.braun@ogletreedeakins.com

Date:   October 10, 2016          SHOOK, HARDY & BACON L.L.P.

By:   ___/s/ *Patrick L. Kenney*_____
        Patrick L. Kenney, #19220

2555 Grand Blvd.
Kansas City, Missouri  64108
Telephone:  816.474.6550
Facsimile:  816.421.5547

*Attorney for Plaintiff*

1

7818284 v1