IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA

| | |
|---|---|
| hibu Inc. | ) |
|           **Plaintiff,** | ) |
| v. | ) Case No. 6:16-cv-01055-JTM-TJJ |
| Chad Peck | ) |
|           **Defendant.** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of May 2017, Plaintiff Hibu Inc.'s Sixth Supplemental Initial Disclosures were served via electronic mail to:

Lynn D. Preheim
Travis J. Quick
STINSON LEONARD STREET LLP
1625 N. Waterfront Pkwy, Suite 300
Wichita, Kansas 67206-6620
Lynn.preheim@stinson.com
travis.quick@stinson.com

1

8210730 v1

| | |
|---|---|
| Date:   May 26, 2017 | SHOOK, HARDY & BACON L.L.P. |
| | |
| | By:   /s/ *Patrick L. Kenney* |
| | Patrick L. Kenney, #19220 |
| | Russell J. Shankland, #78676 |
| | John M. Mattox II, #78628 |
| | |
| | 2555 Grand Blvd. |
| | Kansas City, Missouri  64108 |
| | Telephone:  816.474.6550 |
| | Facsimile:  816.421.5547 |
| | pkenney@shb.com |
| | rshankland@shb.com |
| | jmattox@shb.com |
| | |
| | *Attorney for Plaintiff* |

8210730 v1