IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA

| | |
|---|---|
| Hibu Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-01055-JTM-TJJ |
| | ) |
| Chad Peck, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF TRAVIS QUICK IN SUPPORT OF DEFENDANT'S**
**MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Travis Quick declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm Stinson Leonard Street, LLP, counsel to Defendant Chad Peck in the above-captioned action. I submit this declaration in support of Defendant's Memorandum in Support of Motion for Summary Judgment.

1. Attached hereto as Exhibit A is a true and accurate copy of the August 2, 2017 Declaration of Chad Peck.

2. Attached hereto as Exhibit B is a true and accurate copy of the following public record: March 25, 2004 News Article.

3. Attached hereto as Exhibit C is a true and accurate copy of the 2006 employee agreement between Yellow Book USA, Inc. and Chad Peck produced as hibu_00001-3.

4. Attached hereto as Exhibit D is a true and accurate copy of the following public record: August 9, 2016, Hibu Certificate of Ownership and Merger.

5. Attached hereto as Exhibit E is a true and accurate copy of the following public record: Yellow Book USA Articles of Incorporation.

6. Attached hereto as <u>Exhibit F</u> is a true and accurate copy of the following public record: Yellow Book USA 2006 Annual Report.

7. Attached hereto as <u>Exhibit G</u> is a true and accurate copy of the following public record: Yellow Book Sales and Distribution Articles of Incorporation.

8. Attached hereto as <u>Exhibit H</u> is a true and accurate copy of the following public record: Yellow Book Sales and Distribution 2006 Annual Report.

9. Attached hereto as <u>Exhibit I</u> is a true and accurate copy of excerpts from the September 20, 2016 Deposition of Chad Peck.

10. Attached hereto as <u>Exhibit J</u> is a true and accurate copy of a July 18, 2007 letter produced as hibu_01929.

11. Attached hereto as <u>Exhibit K</u> is a true and accurate copy of the following public record: Yellow Book USA Kansas Amendment of Withdrawal.

12. Attached hereto as <u>Exhibit L</u> is a true and accurate copy of the following public record: Yellow Book Certificate of Merger.

13. Attached hereto as <u>Exhibit M</u> is a true and accurate copy of a March 4, 2011 Yellow Book Sales and Distribution letter produced as hibu_001940.

14. Attached hereto as <u>Exhibit N</u> is a true and accurate copy of a January 27, 2014 letter produced as hibu_02493.

15. Attached hereto as <u>Exhibit O</u> is a true and accurate copy of a Dex Media August 5, 2016, offer letter produced as peck_00001-2.

16. Attached hereto as <u>Exhibit P</u> is a true and accurate copy of excerpts from the September 27, 2016 Rule 30(b)(6) deposition of Jeff Johanns.

17. Attached hereto as <u>Exhibit Q</u> is a true and accurate copy of excerpts from the February 17, 2017 deposition of Randall Reikenberg.

18. Attached hereto as <u>Exhibit R</u> is a true and accurate copy of excerpts from the September 21, 2016 deposition of Michael Ball.

19. Attached hereto as <u>Exhibit S</u> is a true and accurate copy of excerpts from the September 21, 2016 deposition of Chris Hett.

20. Attached hereto as <u>Exhibit T</u> is a true and accurate copy of excerpts from the February 2, 2017 deposition of Brooke Peck.

21. Attached hereto as <u>Exhibit U</u> is a true and accurate copy of excerpts from the January 31, 2017 deposition of Lance Flowers.

22. Attached hereto as <u>Exhibit V</u> is a true and accurate copy of excerpts from the January 31, 2017 deposition of Ricky Baker.

23. Attached hereto as <u>Exhibit W</u> is a true and accurate copy of excerpts from the February 1, 2017 deposition of Kara Kimbro.

24. Attached hereto as <u>Exhibit X</u> is a true and accurate copy of the August 2, 2017 declaration of Brooke Peck.

25. Attached hereto as <u>Exhibit Y</u> is a true and accurate copy of the August 2, 2017 declaration of Ricky Baker.

26. Attached hereto as <u>Exhibit Z</u> is a true and accurate copy of the August 2, 2017 declaration of Kara Kimbro.

27. Attached hereto as <u>Exhibit AA</u> is a true and accurate copy of the August 2, 2017 declaration of Lance Flowers.

28. Attached hereto as <u>Exhibit BB</u> is a true and accurate copy of the August 2, 2017 declaration of Bradley Winfrey.

29. Attached hereto as <u>Exhibit CC</u> is a true and accurate copy of excerpts from the February 2, 2017 deposition of Monica Russell.

30. Attached hereto as <u>Exhibit DD</u> is a true and accurate copy of a June 5, 2014 letter produced as hibu_01953.

31. Attached hereto as <u>Exhibit EE</u> is a true and accurate copy of a Kansas Expansion Map produced as peck_00152.

32. Attached hereto as <u>Exhibit FF</u> is a true and accurate copy of excerpts of the February 1, 2017 deposition of Bradley Winfrey.

33. Attached hereto as <u>Exhibit GG</u> is a true and accurate copy of excerpts of the February 17, 2017 deposition of Chad Peck.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 2, 2017

Travis Quick